# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**TAMPA BAY AMERICANS WITH**
**DISABILITIES ASSOCIATION, INC., et al.,**

    **Plaintiffs,**

**v.**                                               **Case No.  8:05-cv-2149-T-30MSS**

**THE CITY OF INDIAN ROCKS BEACH,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

    Before the Court is the Plaintiffs' Notice of Voluntary Dismissal (Dkt. #4).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on December 27, 2005.

                                                            JAMES S. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-2149.dismissal.wpd